1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division

4  RYAN ARASH REZAEI (CABN 285133)
   Assistant United States Attorney

5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7200
7     FAX: (415) 436-7234
      Ryan.Rezaei@usdoj.gov
8
   Attorneys for United States of America
9
                         UNITED STATES DISTRICT COURT
10
                        NORTHERN DISTRICT OF CALIFORNIA
11
                                 OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,            ) NO. 19-CR-655-HSG-9
                                          )
14 |     Plaintiff,                       ) NOTICE OF DISMISSAL
                                          )
15 |   v.                                 )
                                          )
16 | MARIO LAST NAME UNKNOWN,             )
                                          )
17 |     Defendant.                       )
                                          )
18

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above indictment against MARIO

21 LAST NAME UNKNOWN and moves that the Court quash the arrest warrant issued in connection with

22 the indictment in this case against MARIO LAST NAME UNKNOWN.

23

24 DATED: November 2, 2023                          Respectfully submitted,

25                                                  ISMAIL J. RAMSEY
                                                    United States Attorney
26

27                                                  *Thomas A. Colthurst*
                                                    THOMAS A. COLTHURST
28                                                  Chief, Criminal Division

NOTICE OF DISMISSAL
No. 19-CR-655-HSG-9                                                                       v. 8/4/2021

Leave is granted to the government to dismiss the indictment against MARIO LAST NAME UNKNOWN.  It is further ordered that the arrest warrant issued in connection with the indictment in this case is quashed.

Date: November 22, 2023

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge